842

No. 689. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE *v.* HARRISON, ATTORNEY GENERAL OF VIRGINIA, ET AL. Supreme Court of Appeals of Virginia. Certiorari granted. *Robert L. Carter, Oliver W. Hall* and *Herbert O. Reid* for petitioner. *David J. Mays* and *Henry T. Wickham* for respondents.

No. 250, Misc. MACHIBRODA *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted. Case transferred to the appellate docket. It is ordered that *Curtis R. Reitz, Esquire,* of Philadelphia, Pennsylvania, be, and he is hereby, appointed to serve as counsel for the petitioner in this case. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 558. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Ellsworth T. Simpson* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *Lawrence K. Bailey* for the United States.

No. 660. BROWN *v.* LEFKOWITZ, ATTORNEY GENERAL OF NEW YORK. Court of Appeals of New York. Certiorari denied. *Theodore Garris* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *pro se,* along with *Paxton Blair,* Solicitor General, and *Daniel M. Cohen,* Assistant Attorney General.